UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

---------------------------------------------------------------X
: 
MICHELLE ROBINSON,                    :   Case No.: 8:17-CV-02837-JSM-TBM
:
     Plaintiff,       :
  v.                                 :
:
PROG LEASING, LLC,                    :
:
     Defendant.       :
---------------------------------------------------------------X

## STIPULATION TO STAY CASE AND COMPEL ARBITRATION

Plaintiff Michelle Robinson ("Plaintiff") and Defendant Prog Leasing, LLC ("Prog Leasing") (collectively the "Parties"), by their undersigned counsel, hereby submit this joint stipulation to stay the case and compel arbitration, stating as follows:

1. Plaintiff commenced this action by filing a complaint against Prog Leasing on November 24, 2017.

2. The Parties have since agreed to arbitrate all of the claims in this case pursuant to the written arbitration agreement entered into by the Parties, a copy of which is attached hereto as Exhibit A.

3. The Parties therefore respectfully request that this Court enter the Agreed Order attached hereto as Exhibit B, which orders that all claims in this action be submitted to arbitration and that this action be stayed.

  WHEREFORE, the Parties respectfully request that this Court enter the Agreed Order attached hereto as Exhibit B.

Respectfully submitted this 12th day of January 2018.

| | |
|---|---|
| /s/ William Peerce Howard | /s/Jenny Nicole Perkins |
| William Peerce Howard, Esq. | Jenny Nicole Perkins, Esq. |
| The Consumer Protection Firm, PLLC | Ballard Spahr LLP |
| 210-A S MacDill Ave. | 1735 Market Street, 51st Floor |
| Tampa, FL 33609 | Philadelphia, PA 19103 |
| Telephone: (813) 500-1500 | Telephone: (215) 864-8378 |
| Facsimile: (813) 435-2369 | Facsimile: (215) 864-8999 |
| Billy@TheConsumerProtectionFirm.com | perkinsj@ballardspahr.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated: January 12, 2018 BALLARD SPAHR LLP

By: /s/ *Jenny N. Perkins*
Jenny N. Perkins, Esquire
Florida Bar No. 77570
perkinsj@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Fl.
Philadelphia, PA 19103
Telephone: (215) 864-8378
Facsimile: (215) 864-8999
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of January, 2018, a true and correct copy of the foregoing was served via the CM/ECF system on Amanda Allen, Esquire and William Peerce Howard, Esquire**,** The Consumer Protection Firm, PLLC, 201 210-A South MacDill Avenue, Tampa, Florida, 33609.

*/s/ Jenny N. Perkins*
Jenny N. Perkins